Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by GEORGE LEWKOWITZ, Respondent, v. PINCUS COHEN, Employer, Non-Insurer, Appellant. — Award reversed, with costs against the State Industrial Board, and claim remitted for further consideration, upon the ground that the employer was not given a fair hearing by the referee. The referee seems to have acted arbitrarily

49

both in the conduct of the hearing and in the matter of fixing the average weekly wage of the claimant. All concur.